■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM RIVERA, Appellant. [867 NYS2d 370]—Judgment, Supreme Court, Bronx County (John S. Moore, J.), rendered on or about November 15, 2006, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Nardelli, Sweeny, McGuire and DeGrasse, JJ.